IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shaneeka Monet Stroman, | C/A. No. 3:16-1522-CMC-SVH |
| Plaintiff | |
| v. | Order |
| Willie H. Womble, | |
| Defendant. | |

This matter is before the court on Plaintiff's motion to reopen, filed in this court June 15, 2016. ECF No. 16. Plaintiff requests that the court reopen the case, as she did not receive the Magistrate Judge's Report and Recommendation ("Report") and therefore was unable to file objections. Further, Plaintiff notes that she did not receive any updates or filings in this case other than the dismissal via Order dated June 8, 2016.

Because Plaintiff did not receive the Report and did not have an opportunity to file objections, the court hereby vacates its previous Order dismissing the case (ECF No. 13) and vacates the judgment (ECF No. 14). The clerk is directed to mail a copy of the Report to Plaintiff with this Order. Plaintiff shall have fourteen days from the date of this order to file any objections to the Report.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
June 17, 2016